# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **AUSTIN JONES,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00005-TES-CHW-1** |

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is Defendant Austin Jones's Unopposed Motion for Continuance [Doc. 20]. On February 13, 2024, the Grand Jury returned a two-count Indictment [Doc. 1] against Defendant. On March 12, 2024, Defendant pled not guilty at his arraignment and was released on bond pending trial. [Doc. 12]; [Doc. 15]. On March 13, 2024, the Court entered an order scheduling the pretrial conference for March 21, 2024. [Doc. 11].

In his Motion, Defendant states that the underlying investigation involved a large FBI operation in 2015 and that the Government provided two rounds of discovery on March 12 and 13, 2024. [Doc. 20, p. 2., ¶¶ 2, 3]. Defendant further states that the discovery "shows that law enforcement executed at least five (5) search warrants and seized multiple devices," and "[i]t is also Counsel's understanding that the Government will utilize a computer forensic expert at trial." [*Id.* at ¶ 3]. Defendant contends that "at

least an additional 45 days is necessary" "to adequately review the Government's discovery, obtain additional discovery, prepare and file necessary pretrial motions, and to employ and effectively use a defense expert." [*Id.* at p. 3, ¶ 5]. The Government does not oppose this Motion. [*Id.* at ¶ 7].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant this continuance would deny counsel for Defendant reasonable time to effectively prepare, taking into account the exercise of due diligence. *See* [*id.* at p. 2, ¶¶ 2–4].

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 20] and **CONTINUES** the trial of this matter until June 24, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 15th day of March, 2024.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**