**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO. 3:24-CR-5-TES-CHW |
| | : |
| **AUSTIN JONES,** | : |
| | : |
| **Defendant.** | : |
| | : |

**PROTECTIVE ORDER**

This matter, having come to the Court's attention on the Stipulation for Entry of a Discovery Protective Order submitted by the United States of America and Defendant Austin Jones, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. This Protective Order governs all discovery material in any format (written or electronic) described in the Stipulation for Entry of a Discovery Protective Order, and information contained therein, that is produced by the Government in discovery after April 9, 2024 in the above captioned case.[1]

2. The United States will make available copies of discovery materials, including those filed under seal, to defense counsel to comply with the Government's discovery obligations. Possession of copies of the discovery materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

---

[1] The Government previously produced rounds of discovery materials to the defense in March 2024. Those discovery materials are not subject to this order.

1

3. The attorneys of record and members of the defense team may display and review the discovery materials with the Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the discovery materials to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of discovery materials to the Defendant and other persons.

4. Nothing in this order should be construed as imposing any discovery obligations on the Government or Defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure and any other applicable local or federal rules.

5. Any discovery material subject to this order, or information contained therein, that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. The provisions of this Order shall not terminate at the conclusion of this prosecution.

7. Any violation of any term or condition of this Order by Defendant, Defendant's attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Middle District of Georgia, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

8. Any discovery materials provided pursuant to this Order shall be returned to the United States Attorney's Office, including all copies, within ten days of the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the Eleventh Circuit or Supreme Court of the United States.

9. Nothing in this order shall prevent the Government or the Defendant from requesting that this order be modified at a later date.

DATED this 18 day of April 2024.

_____
TILMAN E. SELF, III
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

SHANELLE BOOKER
FIRST ASSISTANT UNITED STATES ATTORNEY

*s/ Hannah M. Couch*
HANNAH M. COUCH
Assistant United States Attorney
Georgia Bar No. 825706
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Facsimile: (478) 621-2655
Email: hannah.couch@usdoj.gov

TAMARA A. JARRETT
Assistant United States Attorney
Georgia Bar No. 389629
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Facsimile: (478) 621-2655
Email: tamara.jarrett@usdoj.gov

*Attorneys for the United States of America*


JESS JOHNSON LAW, LLC


/s/ Jess B. Johnson
Jess B. Johnson
GA Bar No. 322066
1180 W Peachtree Street NW
Suite 2075
Atlanta, Georgia 30309
(404) 855-1325
jess@jessjohnsonlaw.com
*Attorney for Austin Jones*