**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**AUSTIN JONES,**<br><br>　　*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00005-TES-CHW-1** |

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL**

Before the Court is Defendant Austin Jones's Unopposed Motion to Continue Trial [Doc. 31]. On February 13, 2024, the Grand Jury returned a two-count Indictment [Doc. 1] charging Defendant with two counts of Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2). On March 12, 2024, Defendant pled "not guilty" at his arraignment and was released on bond pending trial. [Doc. 12]; [Doc. 15]. On March 15, 2024, the Court continued this case for the first time, and on May 2, 2024, the Court continued this case for a second time. [Doc. 21]; [Doc. 29].

Defendant filed this Motion on May 20, 2024, seeking a third continuance, arguing that additional time is necessary "to allow the defense expert to complete his analysis and to prepare an expert report," "review the remaining discovery, ensure that there is not any further outstanding discovery, and to prepare and file any pretrial motions." [Doc. 31, ¶ 8]. Defendant states that his "expert met with law enforcement at

the GBI headquarters from May 7, 2024, through May 9, 2024," and informed defense counsel that the expert's analysis "likely won't be completed until the middle of June." [*Id.* at ¶ 5]. Defendant also states that the Government has arranged for his counsel to meet with the FBI in Atlanta on May 31, 2024, to review additional discovery. [*Id.* at ¶ 6]. Defendant's Counsel represents that the Government does not object to this Motion. [*Id.* at ¶ 9].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant this continuance would deny counsel for Defendant reasonable time to effectively prepare, taking into account the exercise of due diligence.

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 31] and **CONTINUES** the trial of this matter until August 26, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 20th day of May, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**